■ HARLEYSVILLE MUTUAL INSURANCE COMPANY, Respondent, v JAMES B. BOERST et al., Appellants, et al., Defendants. — Judgment unanimously affirmed, without costs, for the reasons stated in memorandum decision at Special Term, Kane, J. (Appeal from judgment of Supreme Court, Erie County, Kane, J. — declaratory judgment.) Present — Dillon, P. J., Callahan, Doerr, Green and Moule, JJ. [115 Misc 2d 1006.]

■ GREGORY W. STEINER, Appellant, v NIAGARA MOHAWK POWER CORPORATION, Respondent. — Order unanimously affirmed, without costs, for reasons stated in memorandum decision at Special Term, Lawton, J. (Appeal from order of Supreme Court, Oswego County, Lawton, J. — summary judgment.) Present — Dillon, P. J., Callahan, Doerr, Green and Moule, JJ.

■ NANCY D'ONOFRIO et al., Appellants, v ST. JOSEPH'S HOSPITAL HEALTH CENTER, Respondent. — Order unanimously reversed, with costs, and motion granted. Memorandum: Special Term erred in denying plaintiffs' motion for leave to serve an amended complaint (CPLR 3025, subd [b]). Leave to amend pleadings should not be denied on the basis of " 'lateness' " unless it is " 'coupled with significant prejudice to the other side, the very elements of the laches doctrine.' " (*Edenwald Contr. Co. v City of New York,* 60 NY2d 957, 959, quoting Siegel, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, CPLR C3025:5, p 477.) It is well settled that it is an abuse of discretion as a matter of law to deny the motion in the absence of "prejudice or surprise resulting directly from the delay" (*Fahey v County of Ontario,* 44 NY2d 934, 935; *Murray v City of New York,* 43 NY2d 400; *Stornelli v Aakron Rule Corp.,* 89 AD2d 1060; *Cardy v Frey,* 86 AD2d 968). Here, defendant made no tenable claim of either prejudice or surprise. (Appeal from order of Supreme Court, Onondaga County, John O'C. Conway, J. — amend complaint.) Present — Dillon, P. J., Callahan, Doerr, Green and Moule, JJ.